OPINION — AG — ** INDIGENT — COUNTY HOSPITALS ** THE PROCEEDS OF A MILL LEVY UNDER THE PROVISIONS OF 19 O.S. 786 [19-786] MUST BE DEPOSITED IN THE COUNTY HOSPITAL FUND AND THAT SAME WILL THEREAFTER BE AVAILABLE FOR EXPENDITURE BY THE BOARD OF CONTROL OF THE COUNTY HOSPITAL AS PROVIDED BY BY 19 O.S. 790 [19-790] (CARE OF INDIGENT, TREATMENT, CHARITY PATIENTS, COUNTY EXCISE BOARD, CERTIFIED BY THE BOARD OF COUNTY COMMISSIONERS) CITE: 19 O.S. 786 [19-786], 19 O.S. 790 [19-790] (J. H. JOHNSON)